Kern v Iona Coll. (2024 NY Slip Op 04127)

Kern v Iona Coll.

2024 NY Slip Op 04127

Decided on August 7, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 7, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2020-09642
 (Index No. 616468/18)

[*1]Richard Kern, plaintiff, 
v
Iona College, defendant third-party plaintiff-appellant; Bilmar Amusements N.Y. Party Work, Inc., third-party defendant-respondent.

Harrington, Ocko & Monk, LLP, White Plains, NY (Michael Flake and Allison J. Sanders of counsel), for defendant third-party plaintiff-appellant.
Sobel Pevzner, LLC, New York, NY (Judy R. Meisel of counsel), for third-party defendant-respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendant third-party plaintiff appeals from an order of the Supreme Court, Suffolk County (Vincent J. Martorana, J.), dated November 17, 2020. The order, insofar as appealed from, granted the motion of the third-party defendant for summary judgment dismissing the third-party complaint.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Kern v Iona College, _____ AD3d _____ [Appellate Division Docket No. 2022-02026; decided herewith]).
DILLON, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court